```
                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF LOUISIANA
                            LAKE CHARLES DIVISION


PRESENT: HON.    RICHARD T. HAIK  , JUDGE, Presiding        Date: June 18, 2009
                 Mary Thompson    , Court Reporter
                 Gary Brazell     , Minute Clerk
COURT OPENED:    10:00 A.M.        COURT ADJOURNED: 3:45 P.M.   TOTAL COURT TIME:4/15
_____
                               MINUTES OF COURT
_____

CASE NO. 09-543,09-525,09-518,09-520    JUDGE: Haik    MAGISTRATE JUDGE Hill

NAQUIN, ET AL; DARTEZ, ET AL; BOUILLION, ET AL;VS.    CITGO PETROLEUM CORP
BRAY, ET AL
                                   APPEARANCES
Matthew Lundy & Rudie Soileau,Jr         FOR       Plaintiffs
                                         FOR
Richard Sarver & Meredith Cunningham     FOR       Defendant
                                         FOR


_____
CASE CALLED FOR                          FILINGS:
____ Hearing on motions
____ Jury selection only
_X__ Trial with jury 1st  day
____ Other
_____
_____
PROCEEDINGS:
_____ Witnesses sequestered
_____ Opening statement - plaintiff
_____ Opening statement - defendant
_____ Testimony & evidence for pltf., not concluded
_____ Testimony & evidence for deft., not concluded
_____ Rebuttal testimony & evidence, not concluded
_____ Evidence closed
_____ Evidence left open for_____
_____ Case argued
_____ Jury instructed
_____ Alternate juror(s) excused
_____ Jury deliberations began at * .M.
_____ Jury verdict returned at *.M.
_____ Jury polled
_____ Case ruled on by the Court - See below
_____ Case taken under advisement
_____ Briefing times - See below
_____ Mistrial declared
_____
_____
VERDICT, RULING, COMMENTS:
```

Jury selected and trial continued over to Monday June 22, 2009 at 9:30 A.M.

The following rulings of motions were made on the record:

Citgo's Daubert Motion to exclude testimony of Charles Finch is DENIED.

Citgo's Daubert Motion to exclude testimony of Trevor Phillips is DENIED.

Citgo's Motion in Limine to Exclude Photographs of Emile Boullion and Related Testimony is DENIED.

Citgo's Motion in Limine to Exclude Photographs and Testimony of Charlotte LaBarbera, Photographs by Other Individuals, and to Exclude Communications Relating to Creation of an MSDS is GRANTED IN PART AND DENIED IN PART.

Citgo's Motion in Limine to Exclude Testimony of Unknown Substances is TAKEN UNDER ADVISEMENT.

Plaintiffs' Motion in Limine to Exclude Evidence is GRANTED IN PART AND DENIED IN PART.